# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141932(77)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEROME WALTER KOWALSKI,
      Defendant-Appellant.

_____

SC: 141932
COA: 294054
Livingston CC: 08-017643-FC

      On order of the Chief Justice, the motion by the American Psychological Association for leave to file a brief *amicus curiae* is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2011

_____
Clerk